THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES TROTTER, Appellant. [804 NYS2d 245]—

Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered May 23, 2003, convicting defendant, after a nonjury trial, of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94 [1903]). The court reasonably could have concluded that defendant used force for the purpose of simultaneously retaining the shoplifted property and fleeing from the store (*see e.g. People v Onorati*, 15 AD3d 216 [2005]). The record fails to support defendant's assertion that the store detective gave contradictory testimony as to the sequence of events. Concur—Mazzarelli, J.P., Friedman, Nardelli, Sweeny and McGuire, JJ.